AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00672 |
| RONALD LOEHRKE | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 11/30/2021 |
| JAMES HAFFNER | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During a Civil Disorder |
| 18 U.S.C. § 1752(a)(1) and (2), | Unlawful entry on restricted buildings or grounds Violent |
| 40 U.S.C. § 5104(e)(2)(D) and (F), | Entry and Disorderly Conduct on Capitol Grounds |
| 18 U.S.C. §111(a) (HAFFNER ONLY) | Assaulting, Resisting or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☐ Continued on the attached sheet.

_Thadeaus Caldwell_
Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/30/2021

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*