AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00672 |
| RONALD LOEHRKE | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 11/30/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RONALD LOEHRKE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §231(A)(3) (Obstruction of Law Enforcement During a Civil Disorder); 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds); 40 U.S.C. § 5104(e)(2)(D) and (F) (Violent Entry and Disorderly Conduct on Capitol Grounds)

Date: 11/30/2021

Robin M. Meriweather
2021.11.30 09:56:49 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 12/1/2021, and the person was arrested on *(date)* 12/3/2021
at *(city and state)* CUMMING, GA.

Date: 12/3/2021

*Arresting officer's signature*

MICHAEL BALDINO / FBI SPECIAL AGENT
*Printed name and title*