AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00672 |
| RONALD LOEHRKE | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 11/30/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RONALD LOEHRKE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §231(A)(3) (Obstruction of Law Enforcement During a Civil Disorder); 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds); 40 U.S.C. § 5104(e)(2)(D) and (F) (Violent Entry and Disorderly Conduct on Capitol Grounds)

Date: 11/30/2021

Robin M. Meriweather
2021.11.30 09:56:49
-05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* 12/1/2021, and the person was arrested on *(date)* 12/3/2021
at *(city and state)* CUMMING, GA

Date: 12/3/2021

*Arresting officer's signature*

MICHAEL BALDINO / FBI SPECIAL AGENT
*Printed name and title*

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**         FILED IN OPEN COURT

|  |  |
|---|---|
|  | DATE: 12/03/2021 @ 3:35 PM |
|  | TAPE: FTR |
|  | TIME IN COURT: 47 MINS |
| MAGISTRATE JUDGE: LINDA T. WALKER | COURTROOM DEPUTY CLERK: Sonya Coggins |
| CASE NUMBER: 1:21-MJ-1143-LTW | DEFENDANT'S NAME: Ronald Loehrke |
| AUSA: Jennifer Keen | DEFENDANT'S ATTY: Thomas Hawker |
| USPO / PTR: Johnny Alexander | ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived |

___ ARREST DATE _____

X  Initial appearance hearing held.                    X  Defendant informed of rights.

___ Interpreter sworn: _____

## COUNSEL

X  ORDER appointing Federal Defender as counsel for defendant.

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

X  Defendant WAIVES identity hearing.                    X  WAIVER FILED

___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.

___ Defendant WAIVES preliminary hearing in this district only.   ___ WAIVER FILED

___ Preliminary hearing HELD.   ___ Probable cause found; def. held to District Court for removal to other district

___ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed.   12/06/2021 @ 11:00 AM

___ Pretrial hearing set for _____ @ _____   ( ) In charging district.)

___ Bond/Pretrial detention hearing held.

___ Government motion for detention ( ) GRANTED ( ) DENIED

___ Pretrial detention ordered.   ___ Written order to follow.

X  BOND set at  10K        X  NON-SURETY        ___ SURETY

___ cash        ___ property        ___ corporate surety ONLY

___ SPECIAL CONDITIONS: _____

---

X  Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion ( ___ verbal) to reduce/revoke bond filed.

___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED

___ See page 2

4

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

v.

__RONALD LOEHRKE__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:21-MJ-1143-LTW

CHARGING DISTRICTS
CASE NUMBER: 121MJ00672

I understand that charges are pending in the _____ District of __COLUMBIA__ alleging violation of __18:1752(a)(1)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(✓) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_[signature]_
Defendant

12/03/2021
Date

_[signature]_
Defense Counsel

7

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

UNITED STATES OF AMERICA
V.

Ronald Loehrke

**APPEARANCE AND COMPLIANCE BOND**

Defendant

Case  1:21-MJ-1143-LTW

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __10,000.00 (OR)__ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant, __Ronald Loehrke__
                                                              (Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __12/03/2021__ at __75 Ted Turner Drive S.W. Atlanta, GA 30303__
                           Date                              Place
Defendant  _[signature]_  Address  GAINESVILLE  GA  30506
                                   **CITY, STATE, AND ZIP CODE ONLY**
Surety  _____  Address  _____

Surety  _____  Address  _____

Signed and acknowledged before me on  __12/03/2021__
                                          Date
                                                    _[signature]_  Judge/Clerk

Approved  _[signature] Linda T. Walker_
              Judge Officer

9

≫AO 199C    (Rev.12/03) Advice of Penalties . . .                                              Page ___3___ of _3_____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Address

_____
**CITY/STATE/ZIP CODE     TELEPHONE**

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: December 3, 2021

_____
Signature of Judicial Officer

U.S. Magistrate Judge
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

✏AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                      Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___GEORGIA___

United States of America

V.

Ronald Loehrke

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 1:21-MJ-1143-LTW

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) ___12/10/2021 at 11:00 am___
Place
___AUSA to forward ZOOM link DFT___ on _____
Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( X ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ___TEN-THOUSAND___ dollars ($ ___10,000.00___ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

11

AO 199B (Rev. 03/09) Additional Conditions of Release   Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
                    Custodian or Proxy                    Date

DEFENDANT: RONALD LOEHRKE - 121MJ1143-LTW

( X ) ( ) The defendant must:
- ( X ) (a) report to the U.S. PRETRIAL SERVICES, telephone number 404-215-1950, no later than 5:00 PM TODAY.
- ( X ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: 10,000.00 (OR)
- ( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ ____
- ( X ) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- ( X ) (g) surrender any passport to: U. S. PRETRIAL SERVICES BY COB 12/06/2021
- ( X ) (h) obtain no passport.
- ( X ) (i) abide by the following restrictions on personal association, place of abode, or travel: RESIDE AT THE ADDRESS PROVIDED TO U.S. PRETRIAL SERVICES AND DO NOT CHANGE ADDRESS W/O PRE-APPROVAL FROM THIS COURT.
- ( X ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
- ( ) (k) undergo medical or psychiatric treatment:
- ( ) (l) return to custody each (week) day at ____ o'clock after being released each (week) day at ____ o'clock for employment, schooling, or the following purpose(s):
- ( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons TO INCLUDE AMMUNITION.
- ( X ) (o) refrain from ( ) any ( X ) excessive use of alcohol.
- ( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
- ( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
  - ( ) (i) Curfew. You are restricted to your residence every day ( ) from ____ to ____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
  - ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
  - ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.
  - ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
  - ( ) (ii) Radio Frequency (RF) monitoring;
  - ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
  - ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
  - ( ) (v) Voice Recognition monitoring.
- ( X ) (u) Defendant ORDERED to remain w/in the jurisdiction of the NDGA unless pre-approval from U.S. Pretrial Services is received. Dft prohibited from DC/US CAPITOL area unless appearing in court proceedings. Must contact PTS weekly.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

12

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-01143-LTW All Defendants

Case title: USA v. Loehrke
Other court case number: 1:21-mj-00672 USDC for the District of Columbia

Date Filed: 12/03/2021
Date Terminated: 12/03/2021

Assigned to: Magistrate Judge Linda T. Walker

### Defendant (1)

Ronald Loehrke
*TERMINATED: 12/03/2021*

represented by Thomas L. Hawker
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: tom_hawker@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) |
|---|
| None |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) |
|---|
| None |

| Complaints | Disposition |
|---|---|
| 18:1752(a)(1) | |

1

**Plaintiff**

USA                          represented by    **Jennifer Keen**
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6257
Email: jennifer.keen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/03/2021 | | | Arrest (Rule 40) of Ronald Loehrke (cco) (Entered: 12/03/2021) |
| 12/03/2021 | 1 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to Ronald Loehrke held on 12/3/2021. Order appointing Federal Defender as counsel for defendant. Defendant WAIVES identity hearing. Waiver filed. Non-Surety bond set at $10,000. Bond filed. Defendant released. (Attachments: # 1 Arrest Warrant) (Tape #FTR) (cco) (Entered: 12/03/2021) |
| 12/03/2021 | 2 | | WAIVER of Rule 5 & 5.1 Hearings by Ronald Loehrke (cco) (Entered: 12/03/2021) |
| 12/03/2021 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Thomas Hawker as to Ronald Loehrke Signed by Magistrate Judge Linda T. Walker on 12/3/21. (cco) (Entered: 12/03/2021) |
| 12/03/2021 | 4 | | Non-Surety Bond on Rule 5(c)(3) Entered as to Ronald Loehrke in amount of $10,000, (cco) (Entered: 12/03/2021) |
| 12/03/2021 | 5 | | ORDER Setting Conditions of Release as to Ronald Loehrke. Signed by Magistrate Judge Linda T. Walker on 12/3/21. (cco) (Entered: 12/03/2021) |
| 12/03/2021 | | | Magistrate Case Closed. Defendant Ronald Loehrke terminated. (cco) (Entered: 12/03/2021) |