## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-mj-672** |
| : | |
| **RONALD LOEHRKE** and : | |
| : | |
| **JAMES HAFFNER,** : | |
| : | |
| Defendants. : | |

## ORDER

This matter having come before the Court pursuant to an Unopposed Motion to Continue, upon consent, it is therefore

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearings on February 15, 2022 (Loehrke) and February 17, 2022 (Haffner) be continued for good cause to May 17, 2022, at 1:00 p.m.; and it is further

ORDERED that the time between February 15, 2022 and May 17, 2022 (Loehrke) and February 17, 2022 and May 17, 2022 (Haffner) shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and Defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and engage in a pretrial resolution.

_____
**THE HONORABLE ZIA M. FARUQUI**
**UNITED STATES MAGISTRATE JUDGE**