**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) No.: 1:21-mj-00672-RMM ) ) |
| RONALD LOEHRKE, Defendant. | ) ) ) ) ) |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

PURSUANT to Criminal Local Rule 44.1(d), Defendant moves for the admission and appearance of attorney Bruce S. Harvey *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Bruce S. Harvey, filed herewith. As set forth in Mr. Harvey's declaration, he is admitted and an active member in good standing in the following courts and bars: the DC Bar, the Georgia Bar, the U.S. District Court for the Northern District of Georgia, the U.S. District Court for the Middle District of Georgia, and the U.S. District Court for the Southern District of Georgia. This motion is supported by James R. Hodes, an active and sponsoring member of the Bar of this Court.

This 9th day of March 2022.

                                Respectfully submitted,

                                /s/ James R. Hodes (by BSH w/ permission)
                                James R. Hodes
                                DC Bar # GA0013
                                P.O. Box 40313
                                1210 S. Glebe Road
                                Arlington, VA 22204
                                Phone: 404.512-3703
                                Email: jim.hodes@yahoo.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RONALD LOEHRKE,<br>    Defendant. | )<br>)<br>)<br>)<br>) No.: 1:21-mj-00672-RMM<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF BRUCE S. HARVEY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Bruce S. Harvey, hereby declare:

1. My name, office address, and telephone number are as follows:

   Bruce S. Harvey
   Law Office of Bruce S. Harvey
   146 Nassau Street NW
   Atlanta, GA 30303
   Tel: 404.659-4628

2. I have been admitted to the following courts and bars:

   U.S. Supreme Court
   Supreme Court of Georgia
   Eleventh Circuit Court of Appeals
   Ninth Circuit Court of Appeals
   Sixth Circuit Court of Appeals
   Fifth Circuit Court of Appeals
   Fourth Circuit Court of Appeals

U.S. District Court for the Northern District of Georgia
U.S. District Court for the Middle District of Georgia
U.S. District Court for the Southern District of Georgia
U.S. District Court for the Western District of Michigan
U.S. District Court for the Northern District of Texas
D.C. Bar
State Bar of Georgia

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

This 9th day of March 2022.

Respectfully submitted,

Bruce S. Harvey
Georgia Bar # 335175
Law Office of Bruce S. Harvey
146 Nassau Street NW
Atlanta, GA 30303
Tel: 404-659-4628
Email: bruce@bharveylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

This 9th day of March 2022.

*James Hodes (by BSH w/p)*

James R. Hodes
DC Bar # GA0013
P.O. Box 40313
1210 S. Glebe Road
Arlington, VA 22204
Phone: 404.512-3703
Email: jim.hodes@yahoo.com