IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA (WASHINGTON, DC)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD LOEHRKE | CRIMINAL ACTION NO.<br>1:21-mj-00672-RMM-1 |

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

COMES NOW the Federal Defender Program, Inc. and counsel for the Defendant, RONALD LOEHRKE, and files this motion to withdraw as counsel of record.  In support of this Motion undersigned counsel shows the following:

(1)

Undersigned counsel was appointed to represent Mr. Loehrke on December 14, 2021 by Magistrate Judge Zia M. Faruqui.

(2)

Mr. Loehrke has retained private counsel, Bruce S. Harvey.  On March 25, 2022, attorney Harvey entered his appearance on behalf of Mr. Loehrke in this case.  [Doc. 26].

WHEREFORE, Mr. Loehrke prays that Thomas L. Hawker and the Federal Defender Program, Inc. be relieved from all duties in connection with his representation.  A proposed Order relating to the withdrawal from legal representation is attached.

Dated:   This 18th day of April, 2022.

                                         Respectfully submitted,

                                         */s/ Thomas L. Hawker*
                                         THOMAS L. HAWKER
                                         GEORGIA BAR NO. 338670
                                         ATTORNEY FOR MR. LOEHRKE

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303
(404) 688-7530 Fax (404) 688-0768
Thomas_Hawker@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion has been formatted in Book Antiqua 13 pt., and was filed by ECF this day with the Clerk of Court with a copy served by ECF notice upon counsel of record as follows:

>Erik Michael Kenerson, Esq.
>Assistant United States Attorney
>Erik.Kenerson@usdoj.gov

*Via U.S. Mail*:

>Mr. Ronald Loehrke
>3740 Cochran Road
>Gainesville, Georgia 30506

This 18th day of April 2022.

>*/s/ Thomas L. Hawker*
>THOMAS L. HAWKER
>GEORGIA BAR NO. 338670

3