# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMIBA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-mj-672 |
| | : | |
| **RONALD LOEHRKE** and | : | |
| | : | |
| **JAMES HAFFNER,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice to the Court and the parties that the United States will be represented in this matter by Jason McCullough, who will replace Assistant United States Attorney Erik Kenerson in this case.

Respectfully submitted,

DATED: November 6, 2023

MATTHEW GRAVES
Acting United States Attorney
D.C. Bar 481052

By: /s/ Jason McCullough
Jason Mccullough
Assistant United States Attorney
DC Bar No. 998006; NY Bar No. 4544953
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7233
Email: jason.mccullough2@usdoj.gov