UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-mj-672 |
| | : | |
| **RONALD LOEHRKE and** | : | |
| **JAMES HAFFNER,** | : | |
| | : | |
| **Defendants.** | : | |

**PARTIES' JOINT MOTION TO CONTINUE THE STATUS CONFERENCE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, and Defendants Ronald Loehrke and James Haffner, by and through their counsel of record in this case, hereby move this Court for a 45-day continuance of the status conference scheduled for December 3, 2024 , and to exclude the time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). The government has produced a large volume of discovery to the defense in this case. Until October 2024, Counsel for Defendant Loehrke had been in a long-running trial, which began with jury selection in January 2023. Counsel for Defendant Haffner has engaged in communications with government counsel in October and November that may resolve the matter should of trial. Counsel for both defendants require time to review discovery, discuss it with their clients, and assess whether the matter should be set for trial or can be resolved short of trial.

The parties submit that, for the foregoing reasons, the ends of justice in allowing the parties to review discovery and prepare for potential jury trial or resolution short of trial outweighs the

interests of the Defendants and the public in a speedy trial.

WHEREFORE, the parties respectfully request that this Court grant the motion for a 45-day continuance of the above-captioned proceeding (i.e., until January 17, 2025), and that the Court exclude the time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

                                               Respectfully submitted,

                                               MATTHEW M. GRAVES
                                               United States Attorney
                                               DC Bar No. 481052

By:     */s/ Jason McCullough*
             Jason B.A. McCullough
             Assistant United States Attorney
             DC Bar No. 998006; NY Bar No. 4544953
             601 D Street, N.W.
             Washington, DC   20530
             jason.mccullough2@usdoj.gov // (202) 252-7233