UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-mj-672 |
| RONALD LOEHRKE | : |
| and | : |
| JAMES HAFFNER, | : |
| Defendants. | : |

### ORDER

Pursuant to the Motion to Dismiss filed by the United States, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of Jan., 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge